

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2025

No. 04-25-00190-CV

**IN RE PBIV-202 BIRCHLEAF DRIVE, LP,**
PBIV-202 Birchleaf Drive GP, LLC Pennybacker IV, LP,
and Pennybacker Capital Management, LLC

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

On March 24, 2025, relators filed a petition for writ of mandamus and emergency motion for stay. We invited a response and granted a temporary stay pending resolution of this matter. Relator advised this court of a potential settlement on April 10, 2025, and requested that the responsive deadlines be continued until final settlement could be effectuated. On August 12, 2025, relator advised this court that the parties have successfully completed settlement negotiations and requested that this petition for writ of mandamus and motion for stay be dismissed. Accordingly, the petition for writ of mandamus is **DISMISSED**. The temporary stay issued on March 28, 2025, is **LIFTED** and **DISMISSED**.

It is so **ORDERED** on August 27, 2025.

_____
Velia J. Meza, Justice

---

[1]This proceeding arises out of Cause No. 2022-CI-24149, styled *Cing Thang, et al v. PBIV – 202 Birchleaf Drive, LP, et al*, pending in the 288th Judicial District Court, Bexar County, Texas, the Elizabeth Martinez presiding.

- 2 -

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2025.



_____
Caitlin A. McCamish, Clerk of Court